IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25CR-322-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA | **BILL OF INDICTMENT** |
| v. | |
| OSCAR MAURICO VASQUEZ-PORTILLO | Violation: 8 U.S.C. § 1326(a) |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about October 24, 2025, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**OSCAR MAURICIO VASQUEZ-PORTILLO**

an alien previously removed from the United States on or about March 4, 2019, at or near Brownsville, Texas, on or about August 5, 2021, at or near Alexandria, Louisiana, and on or about August 18, 2023, at or near Alexandria, Louisiana, was found in the United States after having knowingly entered the United States, and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_[signature]_
KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY